IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AMIR HAKIM MCCAIN,<br>Administrator of the Estate of<br>Deceased An-Nisa McCain,<br>Individually in His Own Rights | : | CIVIL ACTION |
| v. | : | |
| COURT OF COMMON PLEAS, ET AL. | : | NO. 09-4153 |

O R D E R

AND NOW, this 23 day of September, 2009, **IT IS HEREBY ORDERED** that plaintiff's motion for leave to proceed in forma pauperis is **DENIED** pursuant to 28 U.S.C. § 1915(g).

The Clerk of Court shall **CLOSE** this case statistically.

BY THE COURT:

_____
EDUARDO C. ROBRENO, J.